UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR CHARLES FOURSTAR, *et al.*,

Plaintiffs,

v.

DONALD TRUMP, *et al.*,

Defendants.

Case No. C19-1899-RSL

ORDER

The Court, having reviewed plaintiffs' complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) For the reasons set forth in Judge Peterson's Report and Recommendation, the *in forma pauperis* applications of plaintiffs Bruce Denny, Alexander Hawatmeh, and Samuel Michael, Sr., (Dkt. ## 22-24) are DENIED as moot. All claims asserted on behalf of these plaintiffs by plaintiff Fourstar are DISMISSED without prejudice.

(2) All claims asserted on behalf of plaintiffs Clint Soosay, Richie Shane, Aloysious Wells, David McQueen, Paul Bergin, Eric Solcol, and Bruce Lewis, none of whom satisfied the filing fee requirement, are DISMISSED without prejudice for failure to prosecute.

ORDER - 1

(3)     Judge Peterson's March 12, 2020 Report and Recommendation was mailed to plaintiff Fourstar, but was returned unopened on March 23, 2020 (Dkt. #29). Mr. Fourstar apparently no longer resides at the address on file with the Court. Accordingly, the Court does not reach the merits of Mr. Fourstar's application to proceed *in forma pauperis*. The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for June 5, 2020. If Mr. Fourstar fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

(4)     The Clerk is directed to send copies of this Order to all plaintiffs and to the Honorable Michelle L. Peterson.

DATED this 6th day of April, 2020.

*(signed)* Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER - 2